THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* LOUIS MASON, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued October 18, 1927; decided November 22, 1927.)

APPEAL from a judgment of the Supreme Court rendered
April 18, 1927, at a Trial Term for the county of Erie,
upon a verdict convicting the defendant of the crime
of murder in the first degree.

*John V. Maloney, Michael A. Crage* and *Robert J.
Summers* for appellant.

*Guy B. Moore, District Attorney (Walter F. Hofheins*
of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.